In the Matter of the Accounting of BELL B. GURNEE et al., as Executrices of AZUBA F. BARNEY, Deceased, Appellants.

LYDIA H. CROZER, as Administratrix de Bonis Non of JULIA A. MURFEY, Deceased, Respondent.

*Matter of Gurnee*, 165 App. Div. 920, affirmed.
(Argued February 24, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

November 20, 1914, which affirmed a decree of the Westchester County Surrogate's Court sustaining objections to the accounts of the executrices of Azuba F. Barney, deceased.

*John C. O'Conor* for appellants.

*Edward L. Stevens* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.